# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. '08 MJ 1429 |
| ) | Case No. |
| Plaintiff, ) | 08 MAY -6 PM 1:48 |
| ) | |
| ) | CLERK U.S. DISTRICT COURT |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 8, U.S.C., Section 1326 |
| ) | |
| TRUJILLO-Torres, Albino ) | |
| a.k.a. SALGADO, Andrew ) | |
| a.k.a. CASTRO, Joe Elias ) | |
| ) | Deported Alien Found in the United States |
| ) | |
| ) | (Felony) |
| Defendant, ) | |

The undersigned complainant, being duly sworn, states:

On or about February 7, 2008, within the Southern District of California, Defendant Albino TRUJILLO-Torres, also known as Andrew Salgado and by Joe Elias Castro, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Special Agent Michael Haynes
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6th DAY OF MAY 2008.

Hon. Louisa S. Porter
U.S. Magistrate Judge

# PROBABLE CAUSE STATEMENT

I, Special Agent Michael Haynes, U.S. Immigration & Customs Enforcement ("ICE"), declare under penalty of perjury, the following is true and correct:

Albino TRUJILLO-Torres, also known as Andrew Salgado and by Joe Elias Castro, came to my attention on or about April 7, 2008, by way of a request for assistance from Investigator Brenda Quintero of the California Department of Motor Vehicles. Investigator Quintero informed me that she was investigating an apparent fraud regarding two persons using the same California driver's license. The California driver's license in question was lawfully issued to Joe Elias Castro. A second driver's license was subsequently issued on January 31, 2007, to another person claiming to be Joe Elias Castro. Investigator Quintero informed me that she had enlisted the assistance of the San Diego County Sheriff in evaluating the fingerprint provided in application for the latter California driver's license. Based on fingerprint records, it was determined on February 7, 2008, that Albino TRUJILLO-Torres had applied for the second driver's license.

Through automated databases, I determined TRUJILLO is a native and citizen of Mexico, born October 20, 1974. I further determined that he had been deported from the United States to Mexico in 2004 and that there was no indication that he had returned to the United States lawfully after being deported.

In the weeks following this initial inquiry, I conducted a review of records from TRUJILLO's alien file. During this review of records, I observed an immigration judge's order of deportation dated November 1, 1996. I further reviewed a form I-213 (Record of Deportable/Inadmissible Alien) identifying TRUJILLO as a native of Cuernavaca, Morelos, Mexico, born October 20, 1974. A form I-205 (Warrant of Deportation/Removal) that documents TRUJILLO's physical removal from the U.S. to Mexico on September 30, 2004, was additionally included in this review, as were fingerprints and photographs of TRUJILLO taken by U.S. immigration officers in preparation for his removal from the United States.

I could find no indication during my review of records that TRUJILLO had applied for or received permission to lawfully return to the United States after deportation.